■ DEBRA S. SANITO, Appellant, v MORGAN STANLEY AND COMPANY, INCORPORATED, et al., Defendants and Third-Party Plaintiffs-Respondents. NEW YORK STOCK EXCHANGE, Third-Party Defendant-Respondent. [639 NYS2d 956]

Given the facts of this case, there is no basis upon which to impose liability on the defendants. Rosenblatt, J. P., Ritter, Copertino and Goldstein, JJ., concur.